were held dutiable as machines and parts at 27½ percent under paragraph 372 as claimed.

**No. 42008.**—Protest 992170–G of Concord Watch Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Selsi* v. *United States* (C. D. 147) aneroid barometers were held dutiable as machines at 27½ percent under paragraph 372 as claimed.

AUGUST 23, 1939

**No. 42009.** Protest 950829–G of Sam'l Frankel Silk Corp. C. D. 172. Application by plaintiff for rehearing denied.

**No. 42010.**—Protest 903389–G of F. W. Myers & Co., Inc. C. D. 191. Application by plaintiff for rehearing denied.

AUGUST 26, 1939

**No. 42011.**—SUIT 4198.—Protests 850241–G, etc., of Lamborn & Co., Inc. Abstract 38929 affirmed. C. A. D. 60.

AUGUST 28, 1939

**No. 42012.**—SUIT 4201.—Protests 849115–G, etc., of Globe Textile Co. Abstract 38931. Appeal dismissed.

**No. 42013.**—SUIT 4202.—Protests 849122–G, etc., of Globe Muslin Underwear Co. Abstract 38931. Appeal dismissed.

BEFORE THE FIRST DIVISION, AUGUST 29, 1939

**No. 42014.**—Protest 899067–G of South Porto Rico Sugar Co. (San Juan).

Opinion by McCLELLAND, P. J. It appeared that the polariscope was of German manufacture, had been used in Santo Domingo, and was sent to the United States for repairs. As the procedure outline in section 308 was not followed the protest was overruled.

**No. 42015.**—Protest 968727–G of B. Diaz & Co. (New York).

Opinion by McCLELLAND, P. J. On the record presented the protest was overruled.

**No. 42016.**—Protests 883349–G, etc., of H. B. Stebbins-Leatherbee Co. (Boston).

Opnion by McCLELLAND, P. J. On the record presented the protests were overruled.